IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY SCALES                                                                                          PLAINTIFF

v.                                                    5:07CV00327HLJ

MARVA DAVIS, et al.                                                                           DEFENDANTS

## ORDER

In light of defendants' withdrawal of their objections (DE #29), plaintiff's motion to substitute party (DE #22) is hereby GRANTED. Marva Davis is hereby substituted as a defendant in her capacity as special administrator in place of Rick Toney, deceased, with respect to allegations against him in his <u>individual</u> capacity.[1]

IT IS SO ORDERED this 29th day of June, 2009.

_____
United States Magistrate Judge

---

[1] Defendant Marvin Evans was automatically substituted as defendant in place of Rick Toney, deceased, with respect to allegations against him in his <u>official</u> capacity, pursuant to Fed.R.Civ.P. 25(d).